RECEIVED

JUL 1 5 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PARKER DRILLING OFFSHORE | CIVIL ACTION NO. 13-CV-254 |
| VERSUS | JUDGE DOHERTY |
| ANDREW H. LEE | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections from the parties, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, the Motion to Dismiss [Rec. Doc. 5], filed by Defendant Andrew H. Lee is GRANTED, and this action is hereby DISMISSED without prejudice.

Signed this 15 day of July, 2013.

Rebecca F. Doherty
United States District Judge